IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael S. Spangler | ) | Case No. 1:17-bk-00450-RNO |
| Lisa M. Spangler, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER APPROVING SALE OF PROPERTY OF THE
ESTATE FREE AND CLEAR PURSUANT TO 11 U.S.C. § 363
(961 Leisters Church Road, Westminster, Maryland 21157)**

Upon consideration of the Amended Debtors' Motion for Approval of the Sale of Certain Property Owned By Solely Owned LLC, Free and Clear of All Liens, Encumbrances, Security Interest, Etc. (the "**Sale Motion**") filed by the Debtors, Michael S. Spangler and Lisa M. Spangler (collectively, the "**Debtors**"), and relating to real property located at 961 Leisters Church Road, Westminster, Maryland 21157 ("**Property**"), for entry of an order pursuant to section 363 of the Bankruptcy Code approving the sale (the "**Sale**") of the Property, and good cause having been shown, it is, by the United States Bankruptcy Court for the Middle District of Pennsylvania, ORDERED that:

1. The Sale Motion is hereby GRANTED and APPROVED.

2. The Sale of the Property shall be free and clear of all liens, claims, encumbrances and other interests.

3. All net proceeds from the Sale of the Property shall be paid directly to Charles J. DeHart, III, Chapter 13 Trustee, at closing of the Property and shall be held by the Trustee to be distributed subject to the terms and conditions of a chapter 13 plan to be confirmed by this Court.

4. Pursuant to Fed. R. Bankr. P. 6004(h), this Order shall not be stayed and all other aspects of this Order shall also be immediately effective upon its entry and shall not be stayed.

5. The Debtors and PeoplesBank, A Codorus Valley Company ("Bank"), hereby further agree that this Order is entered without prejudice to the rights of the Bank to object to the Debtors' chapter 13 plan.

Dated: _____, 2017    _____
　　　　　　　　　　　　　　　　THE HONORABLE ROBERT N. OPEL, II
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

**AGREED AND CONSENTED TO:**

*/s/ Shaan S. Chima, Esquire*
Shaan S. Chima, Esquire
Counsel for PeoplesBank, A Codorus Valley Company

*/s/ Larry W. Wolf, Esquire*
Larry W. Wolf, Esquire
Counsel for Debtors, Michael S. Spangler and Lisa M. Spangler

　　　I HEREBY CERTIFY that the terms of the copy of the order submitted to the Court are identical to those set forth in the original order; and the signatures represented by the */s/*_____ on this copy reference the signatures of consenting parties on the original order.

　　　　　　　　　　　　　　　　*/s/ Shaan S. Chima, Esquire*
　　　　　　　　　　　　　　　　Shaan S. Chima, Esquire

cc:

Shaan S. Chima, Esq.
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202-3281
*Attorneys for PeoplesBank, A Codorus Valley Company*

Michael S. Spangler
Lisa M. Spangler
1376 Highland Avenue Road
Gettysburg, Pennsylvania 17325
*Debtors*

Larry W. Wolf, Esq.
215 Broadway
Hanover, Pennsylvania 17331
*Attorney for the Debtors*

Charles J. DeHart, III, Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036
*Chapter 13 Trustee*

U.S. Trustee's Office
228 Walnut Street, Suite 1190
Harrisburg, Pennsylvania 17101
*U.S. Trustee*