```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 17-00450-RNO
Michael Steven Spangler                                           Chapter 13
Lisa Marie Spangler
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling            Page 1 of 1          Date Rcvd: May 31, 2017
                              Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
db/jdb         +Michael Steven Spangler,    Lisa Marie Spangler,    1376 Highland Avenue Road,
                 Gettysburg, PA 17325-7703
cr             +PeoplesBank, A Codorus Valley Company,    c/o Shaan S. Chima, Esq.,   Gebhardt & Smith LLP,
                 One South Street,    Suite 2200,   Baltimore, MD 21202-3281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Eugene E. Pepinsky, Jr.    on behalf of Attorney    BELCO COMMUNITY CREDIT UNION
               epepinsky@keeferwood.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Joint Debtor Lisa Marie Spangler ephillips@larrywwolf.com
              Larry W. Wolf    on behalf of Debtor Michael Steven Spangler ephillips@larrywwolf.com
              Shaan S Chima    on behalf of Creditor    PeoplesBank, A Codorus Valley Company
               shaan.chima@gebsmith.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Harrisburg Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| Michael S. Spangler ) | Case No. 1:17-bk-00450-RNO |
| Lisa M. Spangler, ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | |

## ORDER APPROVING SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR PURSUANT TO 11 U.S.C. § 363
### (961 Leisters Church Road, Westminster, Maryland 21157)

Upon consideration of the Amended Debtors' Motion for Approval of the Sale of Certain Property Owned By Solely Owned LLC, Free and Clear of All Liens, Encumbrances, Security Interest, Etc. (the "**Sale Motion**") filed by the Debtors, Michael S. Spangler and Lisa M. Spangler (collectively, the "**Debtors**"), and relating to real property located at 961 Leisters Church Road, Westminster, Maryland 21157 ("**Property**"), for entry of an order pursuant to section 363 of the Bankruptcy Code approving the sale (the "**Sale**") of the Property, and good cause having been shown, it is, by the United States Bankruptcy Court for the Middle District of Pennsylvania, ORDERED that:

1. The Sale Motion is hereby GRANTED and APPROVED.

2. The Sale of the Property shall be free and clear of all liens, claims, encumbrances and other interests.

3. All net proceeds from the Sale of the Property shall be paid directly to Charles J. DeHart, III, Chapter 13 Trustee, at closing of the Property and shall be held by the Trustee to be distributed subject to the terms and conditions of a chapter 13 plan to be confirmed by this Court.

4. Pursuant to Fed. R. Bankr. P. 6004(h), this Order shall not be stayed and all other aspects of this Order shall also be immediately effective upon its entry and shall not be stayed.

5. The Debtors and PeoplesBank, A Codorus Valley Company ("Bank"), hereby further agree that this Order is entered without prejudice to the rights of the Bank to object to the Debtors' chapter 13 plan.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: May 31, 2017