# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **MICHAEL S. SPANGLER** <br> **LISA M. SPANGLER** | Debtor(s) | Chapter: | 13 |
| | | Case Number: | 1-17-bk-00450 RNO |
| **MICHAEL S. SPANGLER** <br> **LISA M. SPANGLER** | Movant(s) <br> vs. | Document No.: | 74 |
| **COUNTY OF CARROLL, MARYLAND** | Respondent(s) | Nature of Proceeding: | **Motion for Expedited Hearing** |

## ORDER

After due consideration of the Request for Expedited Consideration to Impose Stay or Impose Injunctive Relief ("Motion for Expedited Hearing"), filed to Docket No. 74, regarding Debtors' Motion to Impose Stay as to Tax Sale of Real Estate Owned by Debtor's LLC ("Motion to Impose Stay"), it is

ORDERED that the Motion for Expedited Hearing is GRANTED and a hearing on the Motion to Impose Stay is scheduled for **Thursday, June 28, 2017**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania; and,

FURTHER ORDERED that Movant shall immediately cause a copy of this Order and the underlying Motion to Impose Stay to be served upon County of Carroll, Maryland, and its counsel, the Chapter 13 Trustee, and the United States Trustee by electronic and/or facsimile service. The Movant shall file a certificate of service with the Court, no later than Wednesday, June 21, 2017, at 4:00 p.m., showing that service in accordance with this Order has been properly effectuated.

Parties/counsel wishing to appear telephonically for the above-scheduled hearing may utilize CourtCall, an independent conference call company. The procedures for use of CourtCall are available at this Court's webpage at www.pamb.uscourts.gov.

By the Court,

*Robert N. Opel II* (signature)
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: June 19, 2017