In re:                                                                Case No. 17-00450-RNO
Michael Steven Spangler                                               Chapter 13
Lisa Marie Spangler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: JGoodling     Page 1 of 1     Date Rcvd: Jun 29, 2017
                      Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db/jdb       +Michael Steven Spangler,    Lisa Marie Spangler,    1376 Highland Avenue Road,    Gettysburg, PA 17325-7703
4881174      +Timothy A. Dixon, Esquire,    Department of the County Attorney,    225 North Center Street,    Westminster, MD 21157-5108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
         Eugene E. Pepinsky, Jr.    on behalf of Attorney    BELCO COMMUNITY CREDIT UNION    epepinsky@keeferwood.com
         James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION    bkgroup@kmllawgroup.com
         Larry W. Wolf    on behalf of Joint Debtor Lisa Marie Spangler    ephillips@larrywwolf.com
         Larry W. Wolf    on behalf of Debtor Michael Steven Spangler    ephillips@larrywwolf.com
         Shaan S Chima    on behalf of Creditor    PeoplesBank, A Codorus Valley Company    shaan.chima@gebsmith.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                       TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| MICHAEL S. SPANGLER<br>LISA M. SPANGLER | } Debtor(s) | Chapter:<br>Case Number: | 13<br>1-17-bk-00450 RNO |
| MICHAEL S. SPANGLER<br>LISA M. SPANGLER | } Movant(s)<br>vs. | Document No.: | 73 |
| COUNTY OF CARROLL, MARYLAND | } Respondent(s) | Nature of Proceeding: | Motion to Impose Automatic Stay |

# ORDER

Upon consideration of the Debtors' Motion to Impose Stay as to Tax Sale of Real Estate Owned by Debtor's LLC, after hearing held on June 28, 2017, it is

ORDERED that the Motion to Impose Stay as to Tax Sale of Real Estate Owned by Debtor's LLS is DENIED.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: June 28, 2017

MDPA-Blank Order with Parties.wpt- REV 01/14