```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-00450-RNO
Michael Steven Spangler                                                 Chapter 13
Lisa Marie Spangler
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1       User: JGoodling       Page 1 of 1       Date Rcvd: Jul 05, 2017
                       Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db/jdb      +Michael Steven Spangler,   Lisa Marie Spangler,   1376 Highland Avenue Road,   Gettysburg, PA 17325-7703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Eugene E. Pepinsky, Jr.   on behalf of Attorney   BELCO COMMUNITY CREDIT UNION epepinsky@keeferwood.com
         James Warmbrodt   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Larry W. Wolf   on behalf of Joint Debtor Lisa Marie Spangler ephillips@larrywwolf.com
         Larry W. Wolf   on behalf of Debtor Michael Steven Spangler ephillips@larrywwolf.com
         Shaan S Chima   on behalf of Creditor   PeoplesBank, A Codorus Valley Company shaan.chima@gebsmith.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL S. SPANGLER and | : | |
| LISA M. SPANGLER, | : | BANKRUPTCY NO. 1:17-bk-00450-RNO |
| Debtors | : | |
| | : | CHAPTER 13 |
| BELCO COMMUNITY CREDIT UNION | : | (AUTOMATIC STAY) |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL S. SPANGLER and | : | |
| LISA M. SPANGLER and | : | |
| CHARLES J. DEHART, III, ESQUIRE | : | |
| | : | |
| Respondents | : | |

ORDER FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion Requesting Relief from Automatic Stay filed in the above-captioned matter, IT IS HEREBY:

ORDER AND DECREED that Relief from Automatic Stay is hereby granted so as to authorize and permit the Movant, Belco Community Credit Union, to proceed to enforce its liens on and security interests in the Respondent Debtors' 2011 Nissan Quest in accordance with applicable state law.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: July 5, 2017