```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                 Case No. 17-00450-HWV
Michael Steven Spangler                                                Chapter 13
Lisa Marie Spangler
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling            Page 1 of 3              Date Rcvd: Nov 07, 2017
                              Form ID: ntcnfhrg          Total Noticed: 110
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
```
db/jdb        +Michael Steven Spangler,   Lisa Marie Spangler,   1376 Highland Avenue Road,
                Gettysburg, PA 17325-7703
cr            +PeoplesBank, A Codorus Valley Company,   c/o Shaan S. Chima, Esq.,   Gebhardt & Smith LLP,
                One South Street,   Suite 2200,   Baltimore, MD 21202-3281
4881096       +Advanced Contractors Supply,   359 Manchester Road,   Westminster, MD 21157-3872
4892813       +Allied Building Products Corp,   c/o D Harrington/J Santos,   15 East Union Avenue,
                East Rutherford, NJ 07073-2127
4881097        Anesthia Assoc. of York,   P O Box 639012,   Cincinnati, OH 45263-9012
4881098        Baltimore Gas & Electric,   P O Box 13070,   Philadelphia, PA 19101-3070
4881099       +Barco Electric Inc,   1945 Running Brooke Drive,   Westminster, MD 21158-2709
4881100       +Barnes Service Center, Inc.,   500 Lucabaugh Mill Road,   Westminster, MD 21157-6322
4881101       +Barr Credit Services,   5151 E. Broadway Blvd.,   Suite 800,   Tucson, AZ 85711-3775
4881102       +Belair Road Supply,   7750 Pulaski Highway,   P O Box 72729,   Rosedale, MD 21237-8729
4905745       +Belair Road Supply Co., Inc.,   William A. Hahn, Jr.,   502 Washington Ave., Suite #710,
                Towson, MD 21204-4547
4913376       +Belco Community Credit Union,   449 Eisenhower Blvd,   Suite 200,   Harrisburg, PA 17111-2301
4881103        Belco Community Credit Union,   P O Box 82,   Harrisburg, PA 17108-0082
4881104       +Ben's Rental, Inc.,   711 Baltimore Blvd.,   Westminster, MD 21157-6169
4881105       +Biles Fire Protection Services, LLC,   4629 Benson Avenue,   Halethorpe, MD 21227-1410
4881106       +Budow and Noble, P.C.,   7315 Wisconsin Avenue,   Suite 500 West,   Bethesda, MD 20814-3206
4950475        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4881107        Card Member Services,   P O Box 790408,   Saint Louis, MO 63179-0408
4881108       +Carpet & Wood Floor Liquidators,   5199 Raynor Avenue,   Linthicum Heights, MD 21090-1434
4881109       +Carroll County Maryland,   Bureau of Solid Waste,   225 N. Center Street,
                Westminster, MD 21157-5108
4881110        Chase,   P O Box 15153,   Wilmington, DE 19886-5153
4881111       +Chase/Bank One Card Service,   P O Box 15298,   Wilmington, DE 19850-5298
4881112       +Chase/Bank One Card Services,   P O Box 15298,   Wilmington, DE 19850-5298
4881113       +Chavis Enterprises, LLC,   c/o Meredith b. martin, Esquire,
                901 Dulaney Valley Road, Suite 610,   Towson, MD 21204-2685
4881114       +Chesapeake Industrial Leasing Co.,,   26500 Ridge Road,   Damascus, MD 20872-1915
4881115       +City of Baltimore Parking Fines Sec,   P O Box 13327,   Baltimore, MD 21203-3327
4881116       +Classic Masonry, LLC,   P O Box 543,   Reisterstown, MD 21136-0543
4881118       +Comenity Bank/Lane Bryant,   P O Box 182789,   Columbus, OH 43218-2789
4947539        Comptroller,   301 West Preston Street Room 409,   Baltimore, MD 21201-2383
4960197        Comptroller of Maryland,   301 West Preston Street Room 409,   Baltimore, MD 21201-2383
4881119        Comptroller of Maryland,   Revenue Administration Division,   110 Carroll Street,
                Annapolis, MD 21411-0001
4881120       +Custom Electronic Service, Inc.,   11 Gwynns Mills Court,   Siute H,
                Owings Mills, MD 21117-3500
4881122       ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,   P O Box 5292,
                Carol Stream, IL 60197-5292)
4935088       +Dell Financial Services L.L.C.,   c/o Streusand, Landon & Ozburn, LLP,
                811 Barton Springs Road, Suite 811,   Austin, Texas 78704-1166
4881123        Dept. of Housing and Urban Develop.,   Personal Property Division,   P O Box 17052,
                Baltimore, MD 21297-1052
4951670        Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
                Carol Stream, IL  60197-5008
4881124       +EMS Heating and Cooling Inc.,   William Joseph Morrissett IV,   2436 Tyrone Road,
                Westminster, MD 21158-2638
4881127       +Finch Rentals, Inc.,   1127 Littlestown Pike,   Westminster, MD 21157-3005
4881128       +Freedom Septic Service, Inc.,   2809 Liberty Road,   Sykesville, MD 21784-6900
4881131       +Gerard F. Miles, Sr., Esquire,   Huesman, Jones and Miles, LLC,
                11350 McCormick Road, Suite 950,   Hunt Valley, MD 21031-1002
4881132        Goodyear/CBNA,   P O Box 6497,   Sioux Falls, SD 57117-6497
4881133       +Hockstein's Inc.,   8600 Ashwood Drive,   Capitol Heights, MD 20743-3785
4881134       +Home Depot,   P O Box 790420,   Saint Louis, MO 63179-0420
4881135       +Home Depot,   Dept. 32-2503346748,   P O Box 78047,   Phoenix, AZ 85062-8047
4881136       +Irwin E. Weiss, Esquire,   Law Offices of Irwin E. Weiss,   920 Providence Road, Suite 905,
                Towson, MD 21286-2975
4921761       +James C. Warmbrodt, Esquire,   KML Law Group, P.C.,   BNY Mellon Independence Center,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
4881137       +Jamie Glick, Esquire,   Weinstock, Friedman & Friedman, P.A,   4 Reservoir Circle, 2nd floor,
                Pikesville, MD 21208-6319
4881139       +Just Temps GRS LLC,   20 South Central Avenue,   Baltimore, MD 21202-4636
4881140       +K & T Plumbing, Inc.,   3427 Old taneytown Road,   Taneytown, MD 21787-2719
4881142        Kenseal Construction Products,   P O Box 416001,   Boston, MA 02241-6001
4881144        Long Fence Co., Inc.,   2520 Urbana Pike,   Ijamsville, MD 21754-8624
4881146        M & T Bank,   625A Baltimore Blvd.,   Westminster, MD 21157
4881145        M & T Bank,   P O Box 2185,   Buffalo, NY 14221
4902538       +M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
4881147       +Manders Decorating Company, Inc.,   9141 Brookville Road,   Silver Spring, MD 20910-1829
```

```
4881148        +McCarthy Wilson, Esquire,    McCarthy Wilson LLP,    2200 Research Blvd.,
                 Rockville, MD 20850-3515
4881150        +Michael and Lauren Wedekind,    10005 Emily Fox Court,    Ellicott City, MD 21042-1676
4881151        +Mosiac Tile Company,    3935 Stonecroft Blvd.,    Chantilly, VA 20151-1032
4881152        +Movable Storage, Inc.,    C.T. DUmpsters,    1828 West Liberty Road,    Westminster, MD 21157-7904
4881153        +National Lumber Company,    4901 Pulaski Highway,    Baltimore, MD 21224-1696
4881155         PNC Bank Mortgage Services,    P O Box 8703,    Dayton, OH 45401-8703
4943972        +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
4881154         Peoples Bank,    Gebhardt & Smith LLP,    One South Street, Suite 2200,
                 Baltimore, MD 21202-3281
4884731        +PeoplesBank, A Codorus Valley Company,    c/o Shaan S. Chima, Esq.,    Gebhardt & Smith LLP,
                 One South Street, Suite 2200,    Baltimore, Maryland 21202-3281
4881156        +Princes Georges County,    P O Box 806,    Lanham, MD 20703-0806
4881159        +RMS Mechanical LLC,    3032 Mallview Road,    Baltimore, MD 21230-3330
4881157        +Randall Hoff Interiors,    306 S. Seton Avenue,    Emmitsburg, MD 21727-9227
4881158        +Revolution Building Supply, LLC,    4401 Eastern Avenue,    Baltimore, MD 21224-4403
4881160         Schnabel Engineering,    P O Box 7422,    Merrifield, VA 22116-7422
4881161         Sear Commerical One Credit Plan,    Dept. 53-2031287412,    P O Box 78037,
                 Phoenix, AZ 85062-8037
4881162         State of Maryland,    Unemployment Insurance Fund,    P O Box 17291,    Baltimore, MD 21297-0365
4881163        +Stephanie R. Brophy, Esquire,    Dulany Leahy Curtis and Beach LLP,    127 E. Main Street,
                 Westminster, MD 21157-5012
4881164        +Stephen McCloskey, Esquire,    Semmes, Bowen, Semmes,    25 South Charles Street, Suite 1400,
                 Baltimore, MD 21201-2400
4881165        +Stew's Services, LLC,    1642 Old Westminster Pike,    Westminster, MD 21157-7241
4881166        +Suntrust Bank,    P O Box 85052,    Richmond, VA 23285-5052
4881168       #+TC Drywall, LLC,    11050 Resort Road,    Apt #110,    Ellicott City, MD 21042-2082
4881169        +The Gutter Guys,    7120 Golden Ring Road,    Essex, MD 21221-3161
4918571        +The Reisterstown Lumber Company,    H Barnes Mowell,    16925 York Road,    Monkton, MD 21111-1000
4881170        +The Reistertown Lumber Company,    P O Box 337,    Reisterstown, MD 21136-0337
4881171        +The Sherwin Williams Co.,    7 Carroll Plaza,    Westminster, MD 21157-5382
4881172         Thomas P. Ryan, Esquire,    McCarthy Wilson LLP,    220 Research Blvd., Suite 500,
                 Rockville, MD 20850
4881174        +Timothy A. Dixon, Esquire,    Department of the County Attorney,    225 North Center Street,
                 Westminster, MD 21157-5108
4881175        +Tomlin Technology,    77 East Main Street,    Suite 106,    Westminster, MD 21157-5067
4881176        +UNI Urgent Care Center,    6030 Daybreak Circle,    Suite A150,    Clarksville, MD 21029-1638
4881179         Verizon,    P O Box 4830,    Trenton, NJ 08650-4830
4881178         Verizon,    P O Box 25505,    Lehigh Valley, PA 18002-5505
4881180       #+Verizon Wireless,    P O Box 26055,    Minneapolis, MN 55426-0055
4881184        +WTC Contractors, Inc.,    3033 Salem Bottom Road,    Westminster, MD 21157-8053
4881181         Wellspan Health,    P O Box 742641,    Cincinnati, OH 45274-2641
4881182         Wellspan Phisicians Billing,    P O Box 742641,    Cincinnati, OH 45274-2642
4881183        +William A. Hahn, Jr., Esquire,    Nottingham Center, Suite 710,    502 Washington Avenue,
                 Towson, MD 21204-4516
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4881117         E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 07 2017 18:55:24     Comcast,
                 P O Box 3006,    Southeastern, PA 19398-3006
4881121        +E-mail/Text: scarr@yourdcb.com Nov 07 2017 18:55:12     Damascus Community Bank,
                 26500 Ridge Road,    Box #1,    Damascus, MD 20872-1915
4881125         E-mail/Text: bankruptcy@erieinsurance.com Nov 07 2017 18:55:27     Erie Insurance Group,
                 100 Erie Insurance Place,    Erie, PA 16530-1105
4881129        +E-mail/Text: jennifer.macedo@gatewayonelending.com Nov 07 2017 18:55:07     Gateway One Lending,
                 3818 E. Coronado Street,    Suite 100,    Anaheim, CA 92807-1620
4917478        +E-mail/Text: jennifer.macedo@gatewayonelending.com Nov 07 2017 18:55:07
                 Gateway One Lending & Finance, LLC,    160 N Riverview Drive, Ste 100,    Anaheim, CA 92808-2293
4881130         E-mail/Text: jennifer.macedo@gatewayonelending.com Nov 07 2017 18:55:07
                 Gateway One Lending and Finance,    P O Box 650004,    Dallas, TX 75265-0004
4881138        +E-mail/Text: bankruptcy-notices@shell.com Nov 07 2017 18:55:29     Jiffy Lube,    P O Box 620130,
                 Middleton, WI 53562-0130
4881141         E-mail/Text: bk@ccg2.com Nov 07 2017 18:55:14     Kenseal Construction Products,
                 c/o Continental Commercial Group,    317 S. Brand Blvd.,    Glendale, CA 91204-1701
4881143         E-mail/Text: bnckohlsnotices@becket-lee.com Nov 07 2017 18:55:07     Kohl's,    P O Box 3115,
                 Milwaukee, WI 53201-3115
4881149        +E-mail/Text: bknotices@mbandw.com Nov 07 2017 18:55:22     McCarthy, Burgess & Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
4947056        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 07 2017 18:55:17     Midland Funding LLC,
                 Midland Credit Management Inc,    as agent for Midland Funding LLC,    Po Box 2011,
                 Warren, MI 48090-2011
4954497         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2017 19:14:47
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4902673         E-mail/Text: bnc-quantum@quantum3group.com Nov 07 2017 18:55:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
4881167         E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2017 18:57:02     SYNCB/Walmart,    P O Box 965024,
                 Orlando, FL 32896-5024
4953292        +E-mail/Text: bncmail@w-legal.com Nov 07 2017 18:55:19     TD BANK USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0314-1           User: JGoodling              Page 3 of 3                   Date Rcvd: Nov 07, 2017
                               Form ID: ntcnfhrg            Total Noticed: 110
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4881173        E-mail/Text: stan.arnold@tbhconcrete.com Nov 07 2017 18:55:10
               Thomas, Bennett & Hunter, Inc.,   70 John Street,   Westminster, MD 21157-4835
4950762       +E-mail/PDF: sluna@ur.com Nov 07 2017 19:53:50      United Rentals (North America) Inc.,
               Attn: David Hoffmann,   6125 Lakeview Road #300,   Charlotte, NC 28269-2616
4881177        E-mail/PDF: sluna@ur.com Nov 07 2017 19:53:59      United Rentals (North America), Inc,
               P O Box 100711,   Atlanta, GA 30384-0711
4926409       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2017 19:02:22      Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4881126        Farmers & Merchants
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Eugene E. Pepinsky, Jr.   on behalf of Attorney   BELCO COMMUNITY CREDIT UNION
           epepinsky@keeferwood.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Larry W. Wolf    on behalf of Debtor 1 Michael Steven Spangler ephillips@larrywwolf.com
          Larry W. Wolf    on behalf of Debtor 2 Lisa Marie Spangler ephillips@larrywwolf.com
          Shaan S Chima    on behalf of Creditor    PeoplesBank, A Codorus Valley Company
           shaan.chima@gebsmith.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Michael Steven Spangler<br>dba Free Spirited Contractor, Inc.<br>Lisa Marie Spangler<br>dba Free Spirited Contractor, Inc. | Chapter<br><br>Case No. | 13<br><br>1:17–bk–00450–HWV |
| Debtor(s) | | |

# Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor and Joint Debtor is rescheduled for the date indicated below.

**December 7, 2017** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: December 13, 2017<br><br>Time: 09:30 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 7, 2017 |