UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL STEVEN SPANGLER and | : | CHAPTER 13 |
| LISA MARIE SPANGLER | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL STEVEN SPANGLER and | : | |
| LISA MARIE SPANGLER | : | |
| Respondent(s) | : | CASE NO. 1-17-bk-00450 |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 14th day of November, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtors' have excess non-exempt equity in the following:

   a. Commercial real estate. (916 Leisters Church Road, Westminister, MD property surrendered rather than liquidated if not sold.)

2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

   a. In Section 2C, Peoples Bank claim cured by loan modification rather than allowed claim paid as indicated.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.

    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                      Respectfully submitted:

                        Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

BY:                 /s/James K. Jones
                      Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 14th day of November, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Larry Wolf, Esquire
215 Broadway
Hanover, PA   17331

                        /s/Deborah A. Behney
                        Office of Charles J. DeHart, III
                        Standing Chapter 13 Trustee