```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00450-HWV
Michael Steven Spangler                                         Chapter 13
Lisa Marie Spangler
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DGeorge     Page 1 of 1     Date Rcvd: Jan 03, 2018
                  Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
       +Farmers & Merchants Bank,    275 Clifton Blvd,    Westminster, MD 21157-4670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         Eugene E. Pepinsky, Jr.    on behalf of Attorney    BELCO COMMUNITY CREDIT UNION
          epepinsky@keeferwood.com
         James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         Larry W. Wolf    on behalf of Debtor 1 Michael Steven Spangler ephillips@larrywwolf.com
         Larry W. Wolf    on behalf of Debtor 2 Lisa Marie Spangler ephillips@larrywwolf.com
         Shaan S Chima    on behalf of Creditor    PeoplesBank, A Codorus Valley Company
          shaan.chima@gebsmith.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                           TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

IN RE: MICHAEL S. SPANGLER
LISA M. SPANGLER
Debtors

CASE NO. 1-17-00450 RNO

CHAPTER 13

MICHAEL S. SPANGLER LISA M. SPANGLER

Movants

FARMERS & MERCHANTS BANK
REPSONDENT

CHARLES J. DEHART, III, ESQ.
Trustee

## ORDER

UPON consideration of the Motion for Approval of Sale, it is

**ORDERED** that the relief prayed for in the Motion for Approval of Sale of Certain Property Free and Clear of All Liens, Encumbrances, Security Interests, etc. is hereby granted; it is Further

**ORDERED** that the delay in efficacy of the Order pursuant to the Motion be waived Pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: January 3, 2018