UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL STEVEN SPANGLER
DBA: FREE SPIRITED
CONTRACTOR, INC.
LISA MARIE SPANGLER     CHAPTER 13
FREE SPIRITED CONTRACTOR, INC.
    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.     CASE NO: 1-17-00450-HWV

MICHAEL STEVEN SPANGLER
DBA: FREE SPIRITED
CONTRACTOR, INC.
LISA MARIE SPANGLER
FREE SPIRITED CONTRACTOR, INC.
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 31, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on November 30, 2017.

2. A Confirmation hearing was held and an Order was entered on January 17, 2018 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/ James K. Jones, Esq.
Id: 39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313

eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL STEVEN SPANGLER
DBA: FREE SPIRITED CONTRACTOR, INC.
LISA MARIE SPANGLER
FREE SPIRITED CONTRACTOR, INC.
Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-00450-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date: July 18, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: May 31, 2018

| | | |
|---|---|---|
| IN RE: | MICHAEL STEVEN SPANGLER<br>DBA: FREE SPIRITED CONTRACTOR, INC.<br>LISA MARIE SPANGLER<br>FREE SPIRITED CONTRACTOR, INC.<br>Debtor(s) | CHAPTER 13<br><br>CASE NO: 1-17-00450-HWV |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

## CERTIFICATE OF SERVICE

AND NOW, on May 31, 2018, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

LARRY W. WOLF, ESQUIRE
215 BROADWAY
HANOVER, PA   17331-

MICHAEL STEVEN SPANGLER
LISA MARIE SPANGLER
1376 HIGHLAND AVENUE ROAD
GETTYSBURG, PA   17325

        Respectfully Submitted,
        s/    Vickie Williams
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA   17036
        Phone:   (717) 566-6097
        Email:   dehartstaff@pamd13trustee.com

Dated:   May 31, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL STEVEN SPANGLER
DBA: FREE SPIRITED
CONTRACTOR, INC.
LISA MARIE SPANGLER
FREE SPIRITED CONTRACTOR, INC.
    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

MICHAEL STEVEN SPANGLER
DBA: FREE SPIRITED
CONTRACTOR, INC.
LISA MARIE SPANGLER
FREE SPIRITED CONTRACTOR, INC.
    Respondent(s)

CASE NO: 1-17-00450-HWV

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.