```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-00450-HWV
Michael Steven Spangler                                             Chapter 13
Lisa Marie Spangler
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke           Page 1 of 1              Date Rcvd: Mar 30, 2020
                              Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4917478        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 30 2020 19:17:27
                 Gateway One Lending & Finance, LLC,   160 N Riverview Drive, Ste 100,   Anaheim, CA 92808
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Eugene E. Pepinsky, Jr.   on behalf of Attorney    BELCO COMMUNITY CREDIT UNION
           epepinsky@keeferwood.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Larry W. Wolf    on behalf of Debtor 1 Michael Steven Spangler ephillips@larrywwolf.com
          Larry W. Wolf    on behalf of Debtor 2 Lisa Marie Spangler ephillips@larrywwolf.com
          Shaan S Chima    on behalf of Creditor    PeoplesBank, A Codorus Valley Company
           shaan.chima@gebsmith.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00450-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael Steven Spangler
1376 Highland Avenue Road
Gettysburg PA 17325

Lisa Marie Spangler
1376 Highland Avenue Road
Gettysburg PA 17325

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808

Name and Address of Transferee:

Santander Consumer USA as servicing agent for Gateway One Lending & Finance, LLC (Gateway)
P.O. Box 961245
Fort Worth, TX 76161-1245
Santander Consumer USA as servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/01/20

Terrence S. Miller
**CLERK OF THE COURT**