UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL SPANGLER

LISA SPANGLER

CASE NO. 1-17-00450

Debtor

CHAPTER 13

**WITHDRAWL OF COUNSEL:**

Please withdraw my appearance as counsel for the above Debtor(s)

*/s/ Larry W. Wolf*

Larry W. Wolf, Esq.
215 Broadway
Hanover, PA 17331
Larrywolf916@yahoo.com
717-451-4564

**ENTRY OF APPEARANCE AS COUNSEL:**

Please enter my appearance as new counsel for the above Debtor(s)

*/s/ Hailey Rohrbaugh*

CGA LAW FIRM, P.C.
135 N. George Street
York, PA 17401
Hailey Rohrbaugh
hrohrbaugh@cgalaw.com