# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| MICHAEL STEVEN SPANGLER | Case No.: 1-17-00450-HWV |
| LISA MARIE SPANGLER | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PNC BANK |
| Court Claim Number: | 16 |
| Last Four of Loan Number: | 1376 Highland Ave - PRE-ARREARS - 6596 |
| Property Address if applicable: | 1376 HIGHLAND AVENUE ROAD, , GETTYSBURG, PA17325 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,350.39 |
| b. | Prepetition arrearages paid by the Trustee: | $1,350.39 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,350.39 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  December 20, 2021 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 16

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1192952 | 10/10/2018 | $1,350.39 | $0.00 | $1350.39 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

MICHAEL STEVEN SPANGLER  Case No.: 1-17-00450-HWV
LISA MARIE SPANGLER  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| E. HALEY ROHRBAUGH<br>CGA LAW FIRM, P.C.<br>135 NORTH GEORGE ST<br>YORK PA, 17401- | SERVED ELECTRONICALLY |
| PNC BANK<br>3232 NEWMARK DR<br>MIAMISBURG, OH, 45342 | SERVED BY 1ST CLASS MAIL |
| MICHAEL STEVEN SPANGLER<br>LISA MARIE SPANGLER<br>1376 HIGHLAND AVENUE ROAD<br>GETTYSBURG, PA 17325 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com