United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-00450-HWV

Michael Steven Spangler  Chapter 13

Lisa Marie Spangler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5
Date Rcvd: Jan 18, 2022      Form ID: 3180W      Total Noticed: 107

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Steven Spangler, Lisa Marie Spangler, 1376 Highland Avenue Road, Gettysburg, PA 17325-7703 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| cr | + | PeoplesBank, A Codorus Valley Company, c/o Shaan S. Chima, Esq., Gebhardt & Smith LLP, One South Street, Suite 2200 Baltimore, MD 21202-3281 |
| cr | + | Santander Consumer USA as servicing agent for Ga, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 4881096 | + | Advanced Contractors Supply, 359 Manchester Road, Westminster, MD 21157-3872 |
| 4892813 | + | Allied Building Products Corp, c/o D Harrington/J Santos, 15 East Union Avenue, East Rutherford, NJ 07073-2127 |
| 4881097 | | Anesthia Assoc. of York, P O Box 639012, Cincinnati, OH 45263-9012 |
| 4881098 | | Baltimore Gas & Electric, P O Box 13070, Philadelphia, PA 19101-3070 |
| 4881099 | + | Barco Electric Inc, 1945 Running Brooke Drive, Westminster, MD 21158-2709 |
| 4881100 | + | Barnes Service Center, Inc., 500 Lucabaugh Mill Road, Westminster, MD 21157-6322 |
| 4881102 | + | Belair Road Supply, 7750 Pulaski Highway, P O Box 72729, Rosedale, MD 21237-8729 |
| 4905745 | + | Belair Road Supply Co., Inc., William A. Hahn, Jr., 502 Washington Ave., Suite #710, Towson, MD 21204-4547 |
| 4881103 | | Belco Community Credit Union, P O Box 82, Harrisburg, PA 17108-0082 |
| 4881104 | + | Ben's Rental, Inc., 711 Baltimore Blvd., Westminster, MD 21157-6169 |
| 4881105 | + | Biles Fire Protection Services, LLC, 4629 Benson Avenue, Halethorpe, MD 21227-1410 |
| 4881106 | + | Budow and Noble, P.C., 7315 Wisconsin Avenue, Suite 500 West, Bethesda, MD 20814-3206 |
| 4881109 | + | Carroll County Maryland, Bureau of Solid Waste, 225 N. Center Street, Westminster, MD 21157-5108 |
| 4881113 | + | Chavis Enterprises, LLC, c/o Meredith b. martin, Esquire, 901 Dulaney Valley Road, Suite 610, Towson, MD 21204-2685 |
| 4881114 | + | Chesapeake Industrial Leasing Co., 26500 Ridge Road, Damascus, MD 20872-1915 |
| 4881115 | + | City of Baltimore Parking Fines Sec, P O Box 13327, Baltimore, MD 21203-3327 |
| 4881116 | + | Classic Masonry, LLC, P O Box 543, Reisterstown, MD 21136-0543 |
| 4947539 | | Comptroller, 301 West Preston Street Room 409, Baltimore, MD 21201-2383 |
| 4881120 | + | Custom Electronic Service, Inc., 11 Gwynns Mills Court, Siute H, Owings Mills, MD 21117-3500 |
| 4881121 | + | Damascus Community Bank, 26500 Ridge Road, Box #1, Damascus, MD 20872-1915 |
| 4935088 | + | Dell Financial Services L.L.C., c/o Streusand, Landon & Ozburn, LLP, 811 Barton Springs Road, Suite 811, Austin, Texas 78704-1166 |
| 4881123 | | Dept. of Housing and Urban Develop., Personal Property Division, P O Box 17052, Baltimore, MD 21297-1052 |
| 4881127 | + | Finch Rentals, Inc., 1127 Littlestown Pike, Westminster, MD 21157-3005 |
| 4881128 | + | Freedom Septic Service, Inc., 2809 Liberty Road, Sykesville, MD 21784-6900 |
| 4881131 | + | Gerard F. Miles, Sr., Esquire, Huesman, Jones and Miles, LLC, 11350 McCormick Road, Suite 950, Hunt Valley, MD 21031-1002 |
| 4881133 | + | Hockstein's Inc., 8600 Ashwood Drive, Capitol Heights, MD 20743-3785 |
| 4881134 | + | Home Depot, P O Box 790420, Saint Louis, MO 63179-0420 |
| 4881135 | + | Home Depot, Dept. 32-2503346748, P O Box 78047, Phoenix, AZ 85062-8047 |
| 4881136 | + | Irwin E. Weiss, Esquire, Law Offices of Irwin E. Weiss, 920 Providence Road, Suite 905, Towson, MD 21286-2975 |
| 4921761 | + | James C. Warmbrodt, Esquire, KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4881137 | + | Jamie Glick, Esquire, Weinstock, Friedman & Friedman, P.A, 4 Reservoir Circle, 2nd floor, Pikesville, MD 21208-6319 |
| 4881139 | + | Just Temps GRS LLC, 20 South Central Avenue, Baltimore, MD 21202-4636 |
| 4881140 | + | K & T Plumbing, Inc., 3427 Old taneytown Road, Taneytown, MD 21787-2719 |
| 4881142 | | Kenseal Construction Products, P O Box 416001, Boston, MA 02241-6001 |
| 4881145 | | M & T Bank, P O Box 2187, Buffalo, NY 14221 |
| 4881146 | | M & T Bank, 625A Baltimore Blvd., Westminster, MD 21157 |
| 4902538 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 4881148 | + | McCarthy Wilson, Esquire, McCarthy Wilson LLP, 2200 Research Blvd., Rockville, MD 20850-3515 |

| | | |
|---|---|---|
| 4881151 | + | Mosiac Tile Company, 3935 Stonecroft Blvd., Chantilly, VA 20151-1032 |
| 4881152 | + | Movable Storage, Inc., C.T. DUmpsters, 1828 West Liberty Road, Westminster, MD 21157-7904 |
| 4881153 | + | National Lumber Company, 4901 Pulaski Highway, Baltimore, MD 21224-1696 |
| 4881155 | | PNC Bank Mortgage Services, P O Box 8703, Dayton, OH 45401-8703 |
| 4943972 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4881154 | | Peoples Bank, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3281 |
| 4884731 | + | PeoplesBank, A Codorus Valley Company, c/o Shaan S. Chima, Esq., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, Maryland 21202-3281 |
| 5024080 | + | Powell Rodgers & Speaks, P O Box 61107, Harrisburg, PA 17106-1107 |
| 4881156 | + | Princes Georges County, P O Box 806, Lanham, MD 20703-0806 |
| 4881159 | + | RMS Mechanical LLC, 3032 Mallview Road, Baltimore, MD 21230-3330 |
| 4881157 | + | Randall Hoff Interiors, 306 S. Seton Avenue, Emmitsburg, MD 21727-9227 |
| 4881158 | + | Revolution Building Supply, LLC, 4401 Eastern Avenue, Baltimore, MD 21224-4403 |
| 5317358 | + | Santander Consumer USA as servicing, agent for Gateway One Lending &, Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5317359 | + | Santander Consumer USA as servicing, agent for Gateway One Lending &, Finance, LLC (Gateway), P.O. Box 961245, Fort Worth, TX 76161-1245 Santander Consumer USA as servicing 76161-0244 |
| 4881160 | | Schnabel Engineering, P O Box 7422, Merrifield, VA 22116-7422 |
| 4881161 | | Sear Commerical One Credit Plan, Dept. 53-2031287412, P O Box 78037, Phoenix, AZ 85062-8037 |
| 4881162 | | State of Maryland, Unemployment Insurance Fund, P O Box 17291, Baltimore, MD 21297-0365 |
| 4881164 | + | Stephen McCloskey, Esquire, Semmes, Bowen, Semmes, 25 South Charles Street, Suite 1400, Baltimore, MD 21201-2400 |
| 4881165 | + | Stew's Services, LLC, 1642 Old Westminster Pike, Westminster, MD 21157-7241 |
| 4881168 | + | TC Drywall, LLC, 11050 Resort Road, Apt #110, Ellicott City, MD 21042-2082 |
| 4918571 | + | The Reisterstown Lumber Company, H Barnes Mowell, 16925 York Road, Monkton, MD 21111-1000 |
| 4881170 | + | The Reisertown Lumber Company, P O Box 337, Reisterstown, MD 21136-0337 |
| 4881171 | + | The Sherwin Williams Co., 7 Carroll Plaza, Westminster, MD 21157-5382 |
| 4881172 | | Thomas P. Ryan, Esquire, McCarthy Wilson LLP, 220 Research Blvd., Suite 500, Rockville, MD 20850 |
| 4881173 | | Thomas, Bennett & Hunter, Inc., 70 John Street, Westminster, MD 21157-4835 |
| 4881174 | + | Timothy A. Dixon, Esquire, Department of the County Attorney, 225 North Center Street, Westminster, MD 21157-5108 |
| 4881176 | + | UNI Urgent Care Center, 6030 Daybreak Circle, Suite A150, Clarksville, MD 21029-1638 |
| 4881177 | | United Rentals (North America), Inc, P O Box 100711, Atlanta, GA 30384-0711 |
| 4881184 | + | WTC Contractors, Inc., 3033 Salem Bottom Road, Westminster, MD 21157-8053 |
| 4881181 | | Wellspan Health, P O Box 742641, Cincinnati, OH 45274-2641 |
| 4881182 | | Wellspan Phisicians Billing, P O Box 742641, Cincinnati, OH 45274-2642 |
| 4881183 | + | William A. Hahn, Jr., Esquire, Nottingham Center, Suite 710, 502 Washington Avenue, Towson, MD 21204-4516 |

TOTAL: 74

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4913376 | Email/Text: rmcollections@belco.org | Jan 18 2022 18:57:00 | Belco Community Credit Union, 449 Eisenhower Blvd, Suite 200, Harrisburg, PA 17111 |
| 4881119 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 18 2022 18:57:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411-0001 |
| 4950475 | Email/PDF: bncnotices@becket-lee.com | Jan 18 2022 18:58:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4881107 | EDI: USBANKARS.COM | Jan 19 2022 00:03:00 | Card Member Services, P O Box 790408, Saint Louis, MO 63179-0408 |
| 4881117 | EDI: COMCASTCBLCENT | Jan 19 2022 00:03:00 | Comcast, P O Box 3006, Southeastern, PA 19398-3006 |
| 4881118 | + EDI: WFNNB.COM | Jan 19 2022 00:03:00 | Comenity Bank/Lane Bryant, P O Box 182789, Columbus, OH 43218-2789 |
| 4960197 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 18 2022 18:57:00 | Comptroller of Maryland, 301 West Preston Street Room 409, Baltimore, MD 21201-2383 |
| 4881122 | Email/PDF: DellBKNotifications@resurgent.com | Jan 18 2022 18:58:54 | Dell Financial Services, P O Box 5292, Carol Stream, IL 60197-5292 |
| 4951670 | EDI: DIRECTV.COM | Jan 19 2022 00:03:00 | Directv, LLC, by American InfoSource LP as |

| | | | |
| --- | --- | --- | --- |
| | | | agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4881125 | Email/Text: bankruptcy@erieinsurance.com | Jan 18 2022 18:57:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-1105 |
| 4881129 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 18 2022 18:57:00 | Gateway One Lending, 3818 E. Coronado Street, Suite 100, Anaheim, CA 92807 |
| 4917478 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 18 2022 18:57:00 | Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808 |
| 4881130 | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 18 2022 18:57:00 | Gateway One Lending and Finance, P O Box 650004, Dallas, TX 75265-0004 |
| 4881132 | EDI: CITICORP.COM | Jan 19 2022 00:03:00 | Goodyear/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 4881110 | EDI: JPMORGANCHASE | Jan 19 2022 00:03:00 | Chase, P O Box 15153, Wilmington, DE 19886-5153 |
| 4881111 | EDI: JPMORGANCHASE | Jan 19 2022 00:03:00 | Chase/Bank One Card Service, P O Box 15298, Wilmington, DE 19850 |
| 4881112 | EDI: JPMORGANCHASE | Jan 19 2022 00:03:00 | Chase/Bank One Card Services, P O Box 15298, Wilmington, DE 19850 |
| 4881138 | + Email/Text: bankruptcy-notices@shell.com | Jan 18 2022 18:57:00 | Jiffy Lube, P O Box 620130, Middleton, WI 53562-0130 |
| 4881141 | Email/Text: bk@ccg2.com | Jan 18 2022 18:57:00 | Kenseal Construction Products, c/o Continental Commercial Group, 317 S. Brand Blvd., Glendale, CA 91204-1701 |
| 4881143 | Email/Text: PBNCNotifications@peritusservices.com | Jan 18 2022 18:57:00 | Kohl's, P O Box 3115, Milwaukee, WI 53201-3115 |
| 4881144 | Email/Text: jrubinstein@longfence.com | Jan 18 2022 18:57:00 | Long Fence Co., Inc., 2520 Urbana Pike, Ijamsville, MD 21754-8624 |
| 4881149 | + Email/Text: bknotices@mbandw.com | Jan 18 2022 18:57:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 4947056 | + EDI: MID8.COM | Jan 19 2022 00:03:00 | Midland Funding LLC, Midland Credit Management Inc, as agent for Midland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 4954497 | EDI: PRA.COM | Jan 19 2022 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4902673 | EDI: Q3G.COM | Jan 19 2022 00:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4881167 | EDI: RMSC.COM | Jan 19 2022 00:03:00 | SYNCB/Walmart, P O Box 965024, Orlando, FL 32896-5024 |
| 4881166 | + Email/Text: bankruptcy@bbandt.com | Jan 18 2022 18:57:00 | Suntrust Bank, P O Box 85052, Richmond, VA 23285-5052 |
| 4953292 | + Email/Text: bncmail@w-legal.com | Jan 18 2022 18:57:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4950762 | + Email/PDF: sluna@ur.com | Jan 18 2022 20:10:44 | United Rentals (North America) Inc., Attn: David Hoffmann, 6125 Lakeview Road #300, Charlotte, NC 28269-2616 |
| 4926409 | + EDI: AIS.COM | Jan 19 2022 00:03:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4881179 | EDI: VERIZONCOMB.COM | Jan 19 2022 00:03:00 | Verizon, P O Box 4830, Trenton, NJ 08650-4830 |
| 4881178 | EDI: VERIZONCOMB.COM | Jan 19 2022 00:03:00 | Verizon, P O Box 25505, Lehigh Valley, PA 18002-5505 |
| 4881180 | + EDI: VERIZONCOMB.COM | | |

| | | Jan 19 2022 00:03:00 | Verizon Wireless, P O Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4881126 | | Farmers & Merchants |
| 4881101 | ##+ | Barr Credit Services, 5151 E. Broadway Blvd., Suite 800, Tucson, AZ 85711-3775 |
| 4881108 | ##+ | Carpet & Wood Floor Liquidators, 5199 Raynor Avenue, Linthicum Heights, MD 21090-1434 |
| 4881124 | ##+ | EMS Heating and Cooling Inc., William Joseph Morrissett IV, 2436 Tyrone Road, Westminster, MD 21158-2638 |
| 4881147 | ##+ | Manders Decorating Company, Inc., 9141 Brookville Road, Silver Spring, MD 20910-1829 |
| 4881150 | ##+ | Michael and Lauren Wedekind, 10005 Emily Fox Court, Ellicott City, MD 21042-1676 |
| 4881163 | ##+ | Stephanie R. Brophy, Esquire, Dulany Leahy Curtis and Beach LLP, 127 E. Main Street, Westminster, MD 21157-5012 |
| 4881169 | ##+ | The Gutter Guys, 7120 Golden Ring Road, Essex, MD 21221-3161 |
| 4881175 | ##+ | Tomlin Technology, 77 East Main Street, Suite 106, Westminster, MD 21157-5067 |

TOTAL: 1 Undeliverable, 0 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Lisa Marie Spangler hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Michael Steven Spangler hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Eugene E. Pepinsky, Jr. | on behalf of Attorney BELCO COMMUNITY CREDIT UNION epepinsky@keeferwood.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Shaan S Chima | on behalf of Creditor PeoplesBank A Codorus Valley Company shaan.chima@gebsmith.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael Steven Spangler <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−1956 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lisa Marie Spangler <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−2759 <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17−bk−00450−HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Steven Spangler
dba Free Spirited Contractor, Inc.

Lisa Marie Spangler
dba Free Spirited Contractor, Inc.

1/18/22

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**