UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: MICHAEL STEVEN SPANGLER § Case No. 1:17-bk-00450
LISA MARIE SPANGLER §
§
Debtor(s) §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was converted to chapter 13 on 03/28/2017.

2) The plan was confirmed on 08/23/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 11/30/2021.

6) Number of months from filing or conversion to last payment: 56.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $62,809.00.

10) Amount of unsecured claims discharged without full payment: $742,187.32.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 87,606.18 | |
| Less amount refunded to debtor(s) | $ 212.00 | |
| **NET RECEIPTS** | | $ 87,394.18 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 5,935.11 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,935.11 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LARRY W. WOLF, ESQUIRE | Pri | 0.00 | NA | NA | 3,500.00 | 0.00 |
| ALLIED BUILDING PRODUCTS | Uns | 0.00 | 3,791.82 | 3,791.82 | 1,853.70 | 0.00 |
| M & T BANK | Uns | 27,919.00 | 5,416.28 | 5,416.28 | 2,647.85 | 0.00 |
| M & T BANK | Uns | 0.00 | 3,980.29 | 3,980.29 | 1,945.84 | 0.00 |
| M & T BANK | Uns | 0.00 | 3,463.05 | 3,463.05 | 1,692.97 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 0.00 | 406.59 | 406.59 | 198.77 | 0.00 |
| BELAIR ROAD SUPPLY COMPANY, | Uns | 8,748.00 | 8,729.35 | 8,729.35 | 4,267.51 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 293.00 | 293.46 | 293.46 | 143.47 | 0.00 |
| BELCO FCU | Uns | 9,862.00 | 9,991.21 | 9,991.21 | 4,884.39 | 0.00 |
| BELCO FCU | Uns | 5,542.00 | 5,439.34 | 5,439.34 | 2,659.13 | 0.00 |
| BELCO FCU | Sec | 16,158.00 | 15,066.55 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 0.00 | 8,932.52 | 8,932.52 | 4,366.83 | 0.00 |
| THE REISTERSTOWN LUMBER | Uns | 6,774.00 | 21,983.77 | 21,983.77 | 10,747.18 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 1,211.00 | 208.82 | 208.82 | 102.09 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 693.00 | 128.69 | 128.69 | 62.91 | 0.00 |
| DELL FINANCIAL SERVICES | Uns | 391.00 | 2,617.17 | 2,617.17 | 1,279.45 | 0.00 |
| PNC BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 11,198.00 | 10,705.62 | 10,705.62 | 5,233.64 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMPTROLLER OF MARYLAND | Pri | 0.00 | 1,276.00 | 1,180.00 | 1,180.00 | 0.00 |
| COMPTROLLER OF MARYLAND | Uns | 0.00 | 1,276.00 | 96.00 | 46.93 | 0.00 |
| BECKET & LEE | Uns | 0.00 | 1,526.04 | 1,526.04 | 746.03 | 0.00 |
| UNITED RENTALS, INC | Uns | 9,708.00 | 10,381.75 | 10,381.75 | 5,075.32 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 0.00 | 371.97 | 371.97 | 181.84 | 0.00 |
| PEOPLES BANK, A CODORUS | Sec | 0.00 | 410,868.00 | 0.00 | 0.00 | 0.00 |
| TD BANK | Uns | 1,744.00 | 2,027.68 | 2,027.68 | 991.27 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 2,114.91 | 2,114.91 | 1,033.91 | 0.00 |
| COMPTROLLER OF MARYLAND | Pri | 0.00 | 283.00 | 253.00 | 253.00 | 0.00 |
| COMPTROLLER OF MARYLAND | Uns | 0.00 | 283.00 | 30.00 | 14.65 | 0.00 |
| PNC BANK | Sec | 101,930.00 | 98,234.14 | 1,350.39 | 1,350.39 | 0.00 |
| PEOPLES BANK, A CODORUS | Sec | 400,000.00 | 410,868.00 | 11,960.00 | 11,960.00 | 0.00 |
| PEOPLES BANK, A CODORUS | Sec | 400,000.00 | 410,868.00 | 13,040.00 | 13,040.00 | 0.00 |
| E. HALEY ROHRBAUGH | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| FARMERS & MERCHANTS | Sec | 690,000.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF HOUSING AND URBAN | Pri | 300.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MARYLAND | Pri | 90.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED CONTRACTORS | Uns | 1,707.00 | NA | NA | 0.00 | 0.00 |
| ANESTHIA ASSOC OF YORK | Uns | 2,477.00 | NA | NA | 0.00 | 0.00 |
| BARCO ELECTRIC INC | Uns | 13,899.00 | NA | NA | 0.00 | 0.00 |
| BARNES SERVICE CENTER, INC | Uns | 236.00 | NA | NA | 0.00 | 0.00 |
| BARR CREDIT SERVICES | Uns | 4,844.00 | NA | NA | 0.00 | 0.00 |
| BEN'S RENTAL, INC | Uns | 8,678.00 | NA | NA | 0.00 | 0.00 |
| BILES FIRE PROTECTION SERVICES, | Uns | 1,184.00 | NA | NA | 0.00 | 0.00 |
| CARD MEMBER SERVICES | Uns | 7,805.00 | NA | NA | 0.00 | 0.00 |
| CARPET & WOOD FLOOR | Uns | 15,119.00 | NA | NA | 0.00 | 0.00 |
| CARROLL COUNTY MARYLAND | Uns | 389.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 3,979.00 | NA | NA | 0.00 | 0.00 |
| CHASE/BANK ONE CARD SERVICE | Uns | 65,808.00 | NA | NA | 0.00 | 0.00 |
| CHAVIS ENTERPRISES, LLC | Uns | 5,500.00 | NA | NA | 0.00 | 0.00 |
| CHESAPEAKE INDUSTRIAL | Uns | 1,014.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BALTIMORE PARKING | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CLASSIC MASONRY, LLC | Uns | 10,880.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 497.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/LANE BRYANT | Uns | 193.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CUSTOM ELECTRONIC SESRVICE, | Uns | 529.00 | NA | NA | 0.00 | 0.00 |
| DAMASCUS COMMUNITY BANK | Uns | 3,492.00 | NA | NA | 0.00 | 0.00 |
| EMS HEATING & COOLING INC | Uns | 365.00 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Uns | 45,712.00 | NA | NA | 0.00 | 0.00 |
| FINCH RENTALS, INC | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| FREEDOM SEPTIC SERVICE, INC | Uns | 1,963.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY ONE LENDING | Uns | 18,908.00 | NA | NA | 0.00 | 0.00 |
| GOODYEAR/CBNA | Uns | 843.00 | NA | NA | 0.00 | 0.00 |
| HOCKSTEIN'S, INC | Uns | 588.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Uns | 30,045.00 | NA | NA | 0.00 | 0.00 |
| JIFFY LUBE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JUST TEMPS GRS LLC | Uns | 12,018.00 | NA | NA | 0.00 | 0.00 |
| K&T PLUMBING, INC | Uns | 6,500.00 | NA | NA | 0.00 | 0.00 |
| KENSEAL CONSTRUCTION | Uns | 2,014.00 | NA | NA | 0.00 | 0.00 |
| KOHL'S | Uns | 774.00 | NA | NA | 0.00 | 0.00 |
| LONG FENCE CO, INC | Uns | 441.00 | NA | NA | 0.00 | 0.00 |
| MANDERS DECORATING COMPANY, | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MCCARTHY, BURGESS & WOLFF | Uns | 738.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL AND LAUREN WEDEKIND | Uns | 310,000.00 | NA | NA | 0.00 | 0.00 |
| MOSIAC TILE COMPANY | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| MOVABLE STORAGE, INC | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL LUMBER COMPANY | Uns | 12,000.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| PAINTING MIRACLES LLC | Uns | 39,651.00 | NA | NA | 0.00 | 0.00 |
| PRINCES GEORGES COUNTY | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| RANDALL HOFF INTERIORS | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| REVOLUTION BUILDING SUPPLY, | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RMS MECHANICAL, LLC | Uns | 8,500.00 | NA | NA | 0.00 | 0.00 |
| SCHNABEL ENGINEERING | Uns | 3,843.00 | NA | NA | 0.00 | 0.00 |
| SEAR COMMERCIAL ONE CREDIT | Uns | 1,505.00 | NA | NA | 0.00 | 0.00 |
| STEW'S SERVICES. LLC | Uns | 2,424.00 | NA | NA | 0.00 | 0.00 |
| TC DRYWALL, LLC | Uns | 40,500.00 | NA | NA | 0.00 | 0.00 |
| THE GUTTER GUYS | Uns | 732.00 | NA | NA | 0.00 | 0.00 |
| THE SHERWIN WILLIAMS | Uns | 4,052.00 | NA | NA | 0.00 | 0.00 |
| THOMAS, BENNETT & HUNTER, INC | Uns | 303.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TOMLIN TECHNOLOGY | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| UNI URGENT CARE CENTER | Uns | 582.00 | NA | NA | 0.00 | 0.00 |
| WELLSPAN HEALTH | Uns | 8,608.00 | NA | NA | 0.00 | 0.00 |
| WELLSPAN PHYSICIANS BILLING | Uns | 233.00 | NA | NA | 0.00 | 0.00 |
| WTC CONTRACTORS, INC | Uns | 1,214.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,350.39 | $ 1,350.39 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 26,350.39 | $ 26,350.39 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 6,433.00 | $ 4,933.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 6,433.00 | $ 4,933.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 102,636.33 | $ 50,175.68 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,935.11 |
| Disbursements to Creditors | $ 81,459.07 |
| **TOTAL DISBURSEMENTS:** | $ 87,394.18 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/28/2022          By:  s/ Jack N. Zaharopoulos
                                STANDING CHAPTER 13 TRUSTEE

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**