United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-00450-HWV
Michael Steven Spangler  Chapter 13
Lisa Marie Spangler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 05, 2022     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Michael Steven Spangler, Lisa Marie Spangler, 1376 Highland Avenue Road, Gettysburg, PA 17325-7703

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Michael Steven Spangler hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Lisa Marie Spangler hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Eugene E. Pepinsky, Jr. | on behalf of Attorney BELCO COMMUNITY CREDIT UNION epepinsky@keeferwood.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION | bkgroup@kmllawgroup.com |
| Shaan S Chima | on behalf of Creditor PeoplesBank A Codorus Valley Company | shaan.chima@gebsmith.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Michael Steven Spangler,<br>dba Free Spirited Contractor, Inc., | Chapter | 13 |
| **Debtor 1** | Case No. | 1:17−bk−00450−HWV |
| Lisa Marie Spangler,<br>dba Free Spirited Contractor, Inc., | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−1956    xxx−xx−2759

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 5, 2022

**fnldec** (01/22)